United States District Court

Eastern District of California

Joaquin Veleta,

      Petitioner,                    No. Civ. S 05-2117 LKK PAN P

  vs.                                Order

D. L. Runnels, et al.,

      Respondents.

-oOo-

    Petitioner, a state prisoner proceeding without counsel, seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2254 and requests leave to proceed in forma pauperis.  (The court has not ruled on petitioner's request to proceed in forma pauperis.)

    Petitioner challenges a conviction in the Kern County Superior Court and, therefore, this action should have been commenced in the district court in Fresno.  Local Rule 3-120(d).

    Pursuant to Local Rule 3-120(f), this action is transferred to the district court in Fresno.

1    The new case number is _____.  In the
2 future all papers shall bear this number and shall be filed at:

3          United States District Court
            Eastern District of California
4          1130 "O" Street
            Fresno, CA 93721

6    So ordered.

7    Dated:  October 25, 2005.

                                      /s/ Peter A. Nowinski
                                      PETER A. NOWINSKI
                                      Magistrate Judge