UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOAQUIN VELETA, | ) | 1:05-cv-01347 OWW-TAG (HC) |
| | ) | |
| Petitioner, | ) | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS |
| | ) | (Doc. 12) |
| v. | ) | |
| | ) | ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS |
| D.L. RUNNELS, et al., | ) | (Doc. 1) |
| | ) | |
| Respondents. | ) | ORDER DIRECTING CLERK OF COURT TO ENTER JUDGMENT |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On October 25, 2007, the Magistrate Judge assigned to the case filed Findings and Recommendations recommending that the petition for writ of habeas corpus be for failure to prosecute. (Doc. 12). The Findings and Recommendations were served on all parties and contained notice that any objections were to be filed within twenty days from the date of service of that order. On November 19, 2007, Petitioner filed objections to the Magistrate Judge's Findings and Recommendations. (Doc. 13).

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, including Petitioner's objections, the Court concludes that the Magistrate Judge's Findings and Recommendations are supported by the

1  record and proper analysis. Petitioner's objections present no grounds for questioning the Magistrate
2  Judge's analysis.   Accordingly, IT IS HEREBY ORDERED that:
3     1. The Findings and Recommendations filed October 25, 2007 (Doc. 12), are ADOPTED IN
4     FULL;
5     2. The Petition for Writ of Habeas Corpus (Doc. 1) is DISMISSED; and
6     3. The Clerk of Court is DIRECTED to ENTER JUDGMENT for Respondent and close the
7     file.
8     This order terminates the action in its entirety.

10  IT IS SO ORDERED.
11  **Dated:   March 13, 2008**          **/s/ Oliver W. Wanger**
                                       UNITED STATES DISTRICT JUDGE