IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOAQUIN VELETA,** | NO. CV-F-05-1347 OWW/TAG |
| Petitioner, | ORDER DEEMING PETITIONER'S OBJECTIONS FILED ON MAY 20, 2008 TO BE MOTION FOR RECONSIDERATION, GRANTING DEEMED MOTION FOR RECONSIDERATION, VACATING ORDER AND JUDGMENT ENTERED ON MARCH 14, 2008, AND DISMISSING ACTION AS DUPLICATIVE OF *VELETA V. RUNNELS,* NO. CV-F-07-578 AWI/SMS, AND DIRECTING CLERK OF COURT TO ENTER JUDGMENT |
| vs. | |
| **D.L. RUNNELS,** | |
| Respondent. | |

By Order filed on March 14, 2008, Petitioner's petition for writ of habeas corpus was dismissed for failure to comply with a court order that Petitioner file an amended petition establishing that he had exhausted state remedies on all claims.  Judgment for Respondent was entered on March 14, 2008.

On May 20, 2008, Petitioner filed "Objections to District Judge Oliver W. Wanger's Ruling."  Petitioner's objections are

deemed to be a motion for reconsideration under Rule 60(b), Federal Rules of Civil Procedure.  Petitioner asserts that Respondent has filed an answer to the petition admitting that Petitioner has exhausted state remedies.

Upon investigation, the Court ascertained that Petitioner has two actions pending in this Court, both involving the identical petition for writ of habeas corpus.  The second action is *Veleta v. Runnels*, No. CV-F-07-578 AWI/SMS.  The docket establishes that the petition in No. CV-F-07-578 AWI/SMS is fully briefed and pending decision.

Consequently, dismissal of No. CV-F-05-1347 OWW/TAG on the ground that it is duplicative of No. CV-F-07-578 is appropriate and is so ordered.  Petitioner's deemed motion for reconsideration is granted on the ground that the dismissal of No. CV-F-05-1347 OWW/TAG for failure to comply with a court order is vacated, but the action is dismissed as duplicative of No. CV-F-07-578 AWI/SMS

For the reasons stated:

1.  Petitioner's "Objections to District Judge Oliver W. Wanger's Ruling" is deemed to be a motion for reconsideration pursuant to Rule 60(b), Federal Rules of Civil Procedure.

2.  Petitioner's deemed motion for reconsideration is GRANTED on the ground that the Order and Judgment of dismissal of No. CV-F-05-1347 OWW/TAG for failure to comply with a court order are vacated.

3.  This action is DISMISSED as duplicative of No. CV-F-07-

**578 AWI/SMS.**

    **4.   The Clerk of the Court is directed to enter JUDGMENT FOR RESPONDENT.**

    IT IS SO ORDERED.

**Dated:   May 27, 2008**                          /s/ Oliver W. Wanger
                                                                    UNITED STATES DISTRICT JUDGE