**FILED**

**JUDGMENT ENTERED**

_____May 27, 2008____
**Date**
by _____G. Lucas_____
**Deputy Clerk**

**U.S. District Court**
**Eastern District of California**

__XX___  **FILE CLOSED**

*UNITED STATES DISTRICT COURT*

*EASTERN DISTRICT OF CALIFORNIA*

JOAQUIN VELETA,

    Plaintiff,

vs.

D. L. RUNNELS,

    Defendant.
_____/

**JUDGMENT IN A CIVIL ACTION**

1:05-CV-1347 OWW TAG

    IT IS HEREBY ORDERED AND ADJUDGED that this action be dismissed as duplicative.

DATED:  May 27, 2008

    VICTORIA C. MINOR, Clerk

    /S/ G. Lucas
By:
    Deputy Clerk

jgm.civ
2/1/95